Laura **TONEY**, Plaintiff–Appellant,

v.

**LaSALLE BANK NATIONAL ASSOCIATION, As trustee for the registered holders of Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass/Through Certificates, Series 2004–11; Ocwen Federal Bank, also known as AltiSource Homes, Defendants–Appellees.**

No. 12–2364.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: Feb. 28, 2013.

Laura Toney, Appellant Pro Se. Robert Ashley Muckenfuss, McGuirewoods, LLP, Charlotte, North Carolina; Sean Alexander O'Connor, Finkel Law Firm, LLC, North Charleston, South Carolina, for Appellees.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laura Toney appeals the district court's order adopting the magistrate judge's recommendation and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Toney v. LaSalle Bank Nat'l Ass'n*, No. 3:11–cv–01686–MBS, 896 F.Supp.2d 455 (D.S.C. Sept. 25, 2012). We deny Toney's "Motion to Request Federal Identification," and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*